IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN LIPOVSKY, SR., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1471 <br> ) Judge Gary L. Lancaster <br> ) Magistrate Judge Lisa Pupo Lenihan |
| DAVID HOGUE, et al, | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

Plaintiff's Complaint was received by the Clerk of Court on November 6, 2006, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation filed on January 31, 2007, recommended that Plaintiff's Complaint be dismissed in accordance with the Prison Litigation Reform Act for failure to state a claim upon which relief can be granted (doc. no. 14). Service was made on Plaintiff at the Armstrong County Jail. Plaintiff filed Objections to the Report and Recommendation on February 12, 2007 (doc. no. 16). After review of the pleadings and the documents in the case, together with the Report and Recommendation and the Objections of the Plaintiff, the following order is entered:

AND NOW, this 16th day of February, 2007;

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED** in

1

accordance with the Prison Litigation Reform Act for failure to state a claim upon which relief can be granted.

The Report and Recommendation of Magistrate Judge Lenihan, dated January 31, 2007, is adopted as the Opinion of the court.

/Gary L. Lancaster
United States District Judge

cc:    Lisa Pupo Lenihan
U.S. Magistrate Judge

Steven Lipovsky, Sr.
MGP-3 #20
Armstrong County Jail
171 Staley's Courts Road
Kittanning, PA 16201